Waterloo Register Company, appellee, v. Wonder Heating & Ventilating Systems, Inc., appellant. Gen. No. 34,927.

Heard in the first division of this court for the first district at the February term, 1931. Opinion filed March 23, 1931.

Frank W. Steel, for appellant. No appearance for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

John C. Carpenter and Chicago Title & Trust Company, as trustee, v. Eleanor C. Hall.

North Town State Bank, receiver, appellee, v. L. Albert Stewart, appellant. Gen. No. 34,943.

Heard in the first division of this court for the first district at the February term, 1931. Opinion filed March 23, 1931. Rehearing denied April 16, 1931.

Francis A. Harper, for appellant. Warren Pease, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

## SECOND DISTRICT.

James McPherson, appellee, v. Rockford Public Service Company et al., appellants. Gen. No. 8,248.

Heard in this court at the October term, 1930. Opinion filed February 4, 1931.

Hall & Dusher, for certain appellant. Knight, Swenson & Penny, for certain other appellant. Hyer & Gill, for appellee.

Mr. Justice Boggs delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. George Henry, plaintiff in error. Gen. No. 8,243.

Heard in this court at the October term, 1930. Opinion filed February 17, 1931.

James L. McNamara, for plaintiff in error. Benjamin S. Bell, State's Attorney, for defendant in error; Dan H. McNeal, of counsel.

Mr. Justice Boggs delivered the opinion of the court.